# Third District Court of Appeal

## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1068
Lower Tribunal No. 09-32975
_____

**Adrian Duncan,**
Appellant,

vs.

**Mia Franklin,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Bickman Law PLLC, and Joshua Bickman, for appellant.

Law Office of Pamela M. Gordon, P.A., and Pamela M. Gordon (Hollywood), for appellee.

Before EMAS, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Appellant Adrian Maurice Duncan appeals an order denying his exceptions to the General Magistrate's Report and Recommendations wherein the trial court ratified, approved, and adopted the Report and Recommendation of the General Magistrate dated November 17, 2020, awarding retroactive child support.

"The standard of review for a child support award is abuse of discretion." McKenna v. McKenna, 31 So. 3d 890, 891 (Fla. 4th DCA 2010). A trial court's determination of a party's income for purposes of establishing support obligations must be supported by competent, substantial evidence. See Sallaberry v. Sallaberry, 27 So. 3d 234, 236 (Fla. 4th DCA 2010). The trial court's decision to impute income is reviewed for abuse of discretion. See Cura v. Cura, 299 So. 3d 1127, 1129 (Fla. 3d DCA 2020). "Awards of retroactive child support are reviewed for an abuse of discretion." Williams v. Gonzalez, 294 So. 3d 941, 945 (Fla. 4th DCA 2020) (quoting Henry v. Henry, 191 So. 3d 995, 998 (Fla. 4th DCA 2016)).

Finding there is competent, substantial evidence to support the Magistrate's findings, we find no abuse of discretion and affirm.

Affirmed.